SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALHAMWY SAMERA D/B/A FIESTA LIQUOR; H & H ENTERPRISE, A CALIFORNIA GENERAL PARTNERSHIP; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:20-cv-09153 AB (JEMx)**<br><br>**NOTICE OF ERRATA RE ECF NO. 10** |

TO:   THE HONORABLE COURT AND THE CLERK

Plaintiff hereby submits this Notice of Errata re ECF No. 10.

The documents labeled as Notice of Voluntary Dismissal was inadvertently filed. Thus, Plaintiff requests that ECF No. 10 be taken out of the system and not considered by the Court.

DATED:  October 27, 2020          **SO. CAL EQUAL ACCESS GROUP**


          _____/s/ Jason J. Kim_____
          JASON J. Kim
          Attorney for Plaintiff